No. 107.   GREAT SOUTHERN LIFE INS. CO. *v.* COMMISSIONER OF INTERNAL REVENUE.   October 11, 1937.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.   *Mr. Walter E. Barton* for petitioner.   *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key, Edward H. Horton,* and *Charles A. Horsky* for respondent.

No. 109.   CONSUMERS POWER CO. *v.* KRAUSE ET AL. October 11, 1937.   Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Thomas G. Long* and *Bernard J. Onen* for petitioner.   *Messrs. Riley L. Crane* and *Frank A. Rockwith* for respondents.

No. 113.   BRADLEY ET AL. *v.* ADAMS EXPRESS CO.   October 11, 1937.   Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. William Waller* and *K. T. McConnice* for petitioners.   *Messrs. Branch P. Kerfoot, F. M. Base,* and *Cecil Sims* for respondent.

No. 114.   WESTERN EXPRESS CO. *v.* SMELTZER;
No. 115.   SAME *v.* LECHLGHTNER; and
No. 116.   SAME *v.* BERKEY, ADMINISTRATOR.   October 11, 1937.   Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.   *Messrs. Atlee Pomerene* and *Donald L. Marshman* for petitioner. *Mr. Homer H. Marshman* for respondents.   Reported below: 88 F. (2d) 94.